UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| WILHELMUS VAN DE LAAR, <br> LEONTIEN VAN DE LAAR, and <br> FOUR-LEAF CLOVER DAIRY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THEO MOL, VREBA-HOFF DAIRY <br> DEVELOPMENT, LLC, AND V624 <br> CR 16, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:12-CV-00242-JVB-RBC |

## AMENDED NOTICE OF REMOVAL

Now come Defendants, Theo Mol and V624 CR 16, LLC ("Defendants"), by and through undersigned counsel and pursuant to 28 U.S.C. §1441 hereby file this Amended Notice of Removal of this action pending before the Circuit Court of Wells County, Indiana, Cause Number 90C01-1206-PL-000009, to the United States District Court for the Northern District of Indiana, Fort Wayne Division.  In support thereof, these removing Defendants aver as follows:

1.  That there was commenced on or about June 29, 2012, and is now pending in the Circuit Court of Wells County, Indiana, an action docketed as Cause Number 90C01-1206-PL-000009 in which Wilhelmus van der Laar, Leontien van der Laar, and Four-Leaf Clover Dairy, LLC, are the Plaintiffs, and Theo Mol, Vreba-Hoff Dairy Development, LLC, and V624 CR 16, LLC, are the named Defendants.  (A true and accurate copy of the Summons and Complaint are attached hereto as **Exhibit "A"**.)

2.  In this civil action, Plaintiffs have alleged among other things, breach of contract and fraudulent inducement. Based on allegations contained in the Plaintiffs' Complaint, the

amount in controversy exceeds $75,000, in that Plaintiffs allege that the amount in controversy is at a minimum $850,000.00 (See Complaint, paragraph 32).

3. This action involves a controversy between citizens of different states:

(a) Plaintiff Wilhelm van der Laar is a citizen of the State of Indiana, in that he is an individual who is domiciled in Wells County, Indiana;

(b) Plaintiff Leontien van der Laar is a citizen of the State of Indiana, in that she is an individual who is domiciled in Wells County, Indiana;

(c) Defendant Theo Mol is a citizen of the State of Michigan, in that he is an individual who is domiciled in Kent County, Michigan;

(d) Defendant V624 CR 16, LLC, is a Michigan limited liability company, with its principal place of business in the State of Michigan. Its sole member is Theo Mol, a Michigan citizen, in that he is an individual who is domiciled in Kent County, Michigan.

(e) Defendant Vreba-Hoff Dairy Development, LLC, is a Michigan limited liability company, with its principal place of business in Wauseon, Ohio. Its sole member is Willhelm van Bakel, who is a citizen of Ohio in that he is an individual that is domiciled in Fulton County, Ohio;

(f) Plaintiff Four-Leaf Clover Dairy is an Indiana limited liability company, its principal place of business is in Indiana. Its membership is comprised of both Indiana and Michigan citizens (Wilhelmus van der Laar, Leontien van der Laar, and V624 CR 16, LLC).

4. "For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007) (citing *Camico Mut. Ins. Co. v. Citizens Bank*, 474 F.3d 989, 992 (7th Cir. 2007)). The members of

Four-Leaf Clover Dairy, LLC, include citizens of Indiana and citizens of Michigan. However, Four-Leaf Clover Dairy, LLC, is not a necessary and indispensable party under Rule 19 of the Federal Rules of Civil Procedure. *See Bartfield v. Murphy*, 578 F.Supp.2d 638 (S.D. New York 2008) (providing that diversity jurisdiction in an action between partners of a close corporation would only be defeated if the corporation itself was a necessary party to the action). Four-Leaf Clover Dairy, LLC, is not a necessary party because Plaintiffs Wilhelm and Leontien van der Laar's claims against the Defendant are not derivative in nature but, instead, are direct actions based on Plaintiffs Wilhelm and Leontien's personal rights as members "derived from the articles of incorporation and bylaws, state corporate law, or agreements among the shareholders or between the corporation and its shareholders." *See Shepard v. Meridian Ins. Group, Inc.*, 137 F. Supp. 2d 1096, 1110 (S.D. Ind. 2001) (citing *G&N Aircraft, Inc. v. Boehm*, 743 N.E.2d 227 (Ind. 2001) for the proposition that a shareholder's lawsuit is direct in nature if brought by the shareholder based on rights granted to the shareholder individually).

5.   None of the claims brought by Plaintiffs Willhelm and Leontien can be classified as derivative because the claims have not been brought to "redress an injury sustained by, or to enforce a duty owed to, the corporation." *Pricewaterhousecoopers, LLP v. Massey*, 860 N.E.2d 1252, 1257 (Ind. Ct. App. 2007).

6.   In essence this lawsuit is a dispute between the members of Four Leaf Clover, Dairy, LLC and Four Leaf Clover Dairy, LLC is nothing more than the subject of the dispute. Because Plaintiff Four-Leaf Clover Dairy, LLC, is an unnecessary party and should not be a party to this litigation, this Court has proper jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

7.   Defendant Vreba-Hoff Dairy Development, LLC, has not been served with the Complaint and, thus, the remaining Defendants were unable to obtain consent for removal.

8. That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

9. That this Notice of Removal is timely filed in this case as the Complaint was filed on June 29, 2012 and service, if any, occurred after June 29, 2012.

10. The foregoing information is based on personal knowledge.

11. That written notice of the filing of this Notice of Removal will be given to all parties as required by law.

Wherefore, Defendants pray that the above action now pending against it in the Circuit Court of Wells County, Indiana, be removed therefrom to this Court.

Dated: August 7, 2012

                          Respectfully submitted,

                          /s/ *Pamela A. Paige*
                          Pamela A. Paige, #16163-49
                          PLUNKETT COONEY, P.C.
                          300 N. Meridian St., Suite 990
                          Indianapolis, IN 46204
                          Ph:     (317) 964-2730
                          Fax:    (317) 964-2744
                          ***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 7th day of August, 2012.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  The following parties may access the filing through the Court's system:

Daniel D. Bobilya
Bobilya Law Group LLC
127 West Berry Street, Suite 300
Fort Wayne, IN 46802
dbobilya@bobilyalawgroup.com

Daniel Jeremiah Holden
Bobilya Law Group LLC
127 West Berry Street, Suite 300
Fort Wayne, IN 46802
bholden@bobilyalawgroup.com


                                                /s/  Pamela A. Paige

Open.22130.14215.12076228-1